DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMMY SIRMONS,** as Personal Representative of the **ESTATE OF CLEVELAND ODOM,** and **RUBIE ODOM,** as personal representative of the **ESTATE OF ANGELICA ODOM,**
Appellants,

v.

**FLORIDA DEPARTMENT OF TRANSPORTATION,** a Florida municipal corporation, **COMMUNITY ASPHALT CORPORATION,** a Florida corporation, **OBRASCON HUARTE LAIN S.A., INC.,** a foreign corporation, **OHL USA, INC.,** a Florida corporation, **BCC ENGINEERING, INC.,** a Florida corporation, **JOHNSON, MIRMIRAN & THOMPSON, INC.,** a foreign corporation, **JACOBS ENGINEERING GROUP, INC.,** a foreign corporation, and **LEWARE CONSTRUCTION COMPANY OF FLORIDA, INC.,** a Florida corporation,
Appellees.

No. 4D20-957

[March 18, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 31-2017-CA-000881.

F. Malcolm Cunningham, Jr. and Amy L. Fischer of The Cunningham Law Firm, P.A., West Palm Beach, and Lorenzo Williams and Elaine James of Gary, Williams, Parenti, Watson & Gary, P.L., Stuart, for appellants.

Trevor B. Arnold and Natalie M. Yello of GrayRobinson, P.A., Orlando, and Kristie Hatcher-Bolin of GrayRobinson, P.A., Lakeland, for appellee Jacobs Engineering Group, Inc.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***